JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 427 -- **In re Edwin F. Gordon Investment Litigation**

| Date | Ref. | Pleading Description |
|---|---|---|
| 80/03/10 | 1 | MOTION/MEMORANDUM, SCHEDULE OF ACTIONS AND CERT. OF SVC. -- Pltf. Edwin F. Gordon<br>SUGGESTED TRANSFEREE DISTRICT: Northern District of Georgia<br>SUGGESTED TRANSFEREE JUDGE:   (emh) |
| 80/03/17 | | Amended Cert. of Service -- (Pleading No. 1) -- Edwin F. Gordon   (emh) |
| 80/03/18 | 2 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- E. G. Green and Heminway Corp. -- GRANTED to and including April 3, 1980   (emh) |
| 80/03/20 | 3 | RESPONSE -- Defts. T. R. Anderson & Robert D. Lacey -- w/cert. of service   (emh) |
| 80/03/20 | | APPEARANCES: Michael Prichard for T.R. Anderson & Robert D. Lacey; Edgar H. Sims for First Nat'l Bank & Trust Co., Southeast Merger Co., Vincent Burkhardt, A.E. Osborne, III and Herbert P. Benn; Earl D. Waldin for Pieree V. Heftler, William L. Rudkin, Mrs. Alice M. Rhoades, Harold H. Heye, Virgil Sherrill, Samuel R. Sutphin, George Coleman, Henry A. Rudkin, Jr. and Dudley V. Sutpin; J. Alex Porter for Deft. Gustave T. Broberg, Jr.; Michael J. Cappucio for George M. Barley, Jr.; Francis K. Buckley for Francis K. Buckley; Robert W. Beynart for E. G. Green and Heminway Corp.; Julian D. Halliburton for Edwin F. Gordon;   (emh) |
| 80/03/21 | 4 | LETTER REQUESTING NAME BE REMOVED FROM SERVICE LIST -- Kenneth J. Weil -- dated 3/18/80   (cds) |
| 80/03/21 | 5 | RESPONSE/MEMORANDUM -- Defts. First National Bank in Palm Beach, et al -- w/cert. of svc.   (emh) |
| 80/03/24 | | APPEARANCES: John R. Bush for Chester H. Ferguson, William K. deVeer, Wyckoff Myers, John R. Rudy, II, First National Bank in Palm Beach and Lykes Financial Corp.; Robert J. Castellani for John G. Heimann, John G. Hensel, H. Gary Pannell, Monroe Kimbrel, Hobart E. Early (emh) and Jeffrey M. Smith for Maxwell W. Wells, Jr.   (emh) |
| 80/03/24 | | APPEARANCE: R. Lee Bennett for Estate of M.M. Overstreet, Jeanette Overstreet, Jennings L. Overstreet and JoAnn Overstreet   (emh) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 427 -- In re Edwin F. Gordon Investment Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 80/03/24 | 6 | RESPONSE -- Deft. Gustave T. Broberg, Jr. -- w/cert. of service    (emh) |
| 80/03/25 | 7 | RESPONSE, MEMORANDUM, CERT. OF SVC. -- Defts. First Nat'l Bank and Trust Co. of Riviera Beach, Southeast Merger Co. Vincent Burkhardt, A.E. Osborne, III, and Herbert P. Benn.   (ea) |
| 80/03/25 | 8 | RESPONSE, CERT. OF SVC. -- Pierre V. Heftler and William L. Rudkin.    (ea) |
| 80/03/25 | 9 | OBJECTION, EXHIBIT, CERT. OF SVC. -- Defts. Heftler and Rudkin.    (ea) |
| 80/03/25 | 10 | RESPONSE, CERT. OF SVC. -- Maxwell W. Wells.  (ea) |
| 80/03/25 | 11 | REQUEST FOR EXTENSION OF TIME -- George M. Barley, Jr. -- GRANTED to and including April 2, 1980. (ea) |
| 80/03/26 | 12 | RESPONSE -- Defts. John G. Heiman, et al. and Board of Governors of the Federal Reserve System, et al. -- (response signed by Robert J. Castellani)    (emh) |
| 80/03/27 | 13 | RESPONSE -- Defts. Estate of M. M. Overstreet, Jeanette Overstreet, Jennings Overstreet and Joann Overstreet -- w/cert. of svc.  (emh) |
| 80/03/27 |  | HEARING ORDER -- Setting A-1 thru A-9 for hearing on April 24, 1980 in San Fran., Calif.  Notified involved counsel, clerks and judges. (ea) |
| 80/03/27 |  | AMENDMENT TO CERTIFICATE OF SERVICE -- to include counsel for S.E.C. -- Movant Edwin F. Gordon -- ATTACHED TO PLEADING NO. 1   (cds) |
| 80/03/30 | 14 | JOINT RESPONSE -- Defendants E.G. Green and The Heminway Corp. -- w/cert. of service   (cds) |
| 80/04/03 | 15 | RESPONSE, CERT. OF SVC. -- George M. Barley, Jr.   (ea) |
| 80/04/04 | 16 | NOTICE OF FILING OF ORDER ON COMPLAINTS, CERT. OF SVC. -- Gustave T. Broberg, Jr.       (ea) |
| 80/04/07 | 17 | REVISED SCHEDULE OF DEPOSITIONS AND RELATED MATTERS, CERT. OF SVC. -- Pltf. Edwin F. Gordon.     (ea) |
| 80/04/08 |  | APPEARANCE -- Michael K. Wolensky for SEC, Jule B. Greene, Joseph L. Grant and John M. Kelly |
| 80/04/11 | 18 | REPLY MEMORANDUM, CERT. OF SVC. -- Edwin F. Gordon. (ea) |
| 80/04/16 | 19 | NOTICE OF FILING OF SECOND AMENDED COMPLAINT, w/cert. of svc. -- Deft. Broberg, Jr.      (ea) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 427 -- In re Edwin F. Gordon Investment Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 80/04/22 | | HEARING APPEARANCES for hearing held in San Fran., Cal. on April 24, 1980-- Julian D. Halliburton, Esq. for Edwin F. Gordon; John R. Bush, Esq. for Chester H. Ferguson, William K. deVeer, Wyckoff Myers, John F. Rudy, II, First Nat'l Bank in Palm Beach and Lykes Financial Corp.; Jeffrey M. Smith, Esq. for Maxwell W. Wells, Jr. and George M. Barley, Jr.; J. Alexander Porter, Esq. for Gustave T. Broberg, Jr.; Edgar H. Sims, Jr., Esq. for First Nat'l Bank and Trust Co. of Rivera Beach, SE Merger Co., Vincent Burkhardt, A.E. Osborne, III, and Herbert Benn.   (ea) |
| 80/04/22 | | WAIVERS OF ORAL ARGUMENT for hearing held in San Fran., Cal. on April 24, 1980 -- Michael Prichard, Esq. for T. R. Anderson and Robert D. Lacey; R. Lee Bennett for Estate of M.M. Overstreet, Jeanette Overstreet, Jennings L. Overstreet and JoAnn Overstreet; Michale K. Walinsky for SEC, Jule B. Greene, Joseph L. Grant, and John M. Kelly; Earl D. Waldin, Jr., Esq. for Pierre V. Heftler and William L. Rudkin; Robert W. Beynart, Esq. for E. G. Green and The Heminway Corp.; Robert J. Castellani, Esq. John G. Heimann, John G. Hensel, H. Gary Pannell, Monroe Kimbrel, and Hobart E. Early.   (ea) |
| 80/04/23 | 20 | LETTER, PLTF. GORDON'S SECOND REVISED SCHEDULE OF DEPOSITIONS AND RELATED MATTERS dated April 21, 1980.(ea) |
| 80/05/07 | | ORDER DENYING TRANSFER of litigation pursuant to 28 U.S.C. §1407   (emh) |

JPML Form 1
Revised: 8/78

DOCKET NO. 427 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Edwin F. Gordon Investment Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 4/24/80 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 5/7/80 | MO Denied | | | | |

Special Transferee Information

DATE CLOSED: 5/7/80

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 427 -- In re Edwin F. Gordon Investment Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Edwin F. Gordon v. George A. Terry, Sr., et al. | S.D.Fla. Atkins | 76-8151-Civ-CA | | | | |
| A-2 | Edwin F. Gordon v. The Estate of M.M. Overstreet, et al. | S.D.Fla. | 76-8152-Civ-CA | | | | |
| A-3 | Edwin F. Gordon v. William Hersey Hamm, III, et al. | S.D.Fla. | 76-8153-Civ-CA | | | | |
| A-4 | Edwin F. Gordon v. Hobe Properties, Inc., et al. | S.D.Fla. Atkins | 76-8154-Civ-CA | | | | |
| A-5 | Edwin F. Gordon v. E.G. Green, et al. | S.D.Fla. Atkins | 76-8155-Civ-CA | | | | |
| A-6 | Edwin F. Gordon v. John G. Heimann, etc., et al. | N.D.Ga. Hall | C79-2051A | | | | |
| A-7 | Edwin F. Gordon v. Board of Governors of the Federal Reserve System, et al. | N.D.Ga. Hall | C79-2052A | | | | |
| A-8 | Edwin F. Gordon v. H. Gary Pannell, et al. | N.D.Ga. Hall | C79-2375A | | | | |
| A-9 | Edwin F. Gordon v. Securities & Exchange Commission, et al. | N.D.Ga. Hall | C80-383A | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 427 -- In re Edwin F. Gordon Investment Litigation

| | |
|---|---|
| EDWIN F. GORDON<br>Julian D. Halliburton, Esquire<br>Suite 204-A<br>2793-A Clairmont Road, N.E.<br>Atlanta, Georgia   30329<br><br>GUSTAVE T. BROBERG, JR.<br>J. Alex Porter, Esquire<br>Swift, Currie, McGhee & Hiers<br>771 Spring Street<br>Atlanta, Georgia   30308<br><br>E. G. GREEN<br>HEMINWAY CORPORATION<br>Robert W. Beynart, Esquire<br>Smith, Cohen, Ringel, Kohler<br>  & Martin<br>2400 First National Bank Tower<br>Atlanta, Georgia   30303<br><br>FRANCIS K. BUCKLEY AS TRUSTEE FOR<br>THE STOCKHOLDERS OF HOBE PROPERTIES<br>INC., a dissolved Florida Corporation<br><br>FRANCIS K. BUCKLEY AS TRUSTEE FOR THE<br>STOCKHOLDERS OF HOBE JUPITER PROPERTIES,<br>INC., a dissolved Florida Corporation<br><br>FRANCIS K. BUCKLEY AS TRUSTEE FOR THE<br>STOCKHOLDERS OF HOBE SOUND ESTATES, INC.,<br>a dissolved Florida Corporation<br>Francis K. Buckley, Esquire<br>One Financial Plaza<br>Suite 2212<br>Fort Lauderdale, Florida   33394 | GEORGE M. BARLEY, JR.<br>Michael J. Cappucio, Esquire<br>Fowler, White, Burnett, Hurley,<br>Banick & Strickroot, P.A.<br>Fifth Floor - City National Bank Bldg.<br>Miami, Florida   33130<br><br>GUSTAVE T. BROGERG, JR.<br>J. Alexander Porter<br>Swift, Currie, McGhee & Hiers<br>771 Spring Street, N.W.<br>Atlanta, Georgia   30308<br><br>PIERRE V. HEFTLER<br>WILLIAM L. RUDKIN<br>MRS. ALICE M. RHOADES<br>HAROLD H. HEYE<br>VIRGIL SHERRILL<br>SAMUEL R. SUTPHIN<br>GEORGE COLEMAN<br>HENRY A. RUDKIN, JR.<br>DUDLEY V. SUTPHIN<br>Earl D. Waldin, Jr., Esquire<br>Smathers & Thompson<br>1301 Alfred I. duPont Building<br>Miami, Florida   33131<br><br>FIRST NATIONAL BANK & TRUST COMPANY<br>OF RIVERA BEACH, FLORIDA<br>SOUTHEAST MERGER COMPANY (formerly<br>First Bancshares of Florida, Inc.)<br>VINCENT BURKHARDT<br>A. E. OSBORNE, III<br>HERBERT P. BENN<br>Edgar H. Sims, Jr., Esquire<br>Kutak, Rock & Huie<br>1200 Standard Federal Building<br>41 Marietta Street<br>Atlanta, Georgia   30303 |

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 427 --

| | |
|---|---|
| FIRST NATIONAL BANK IN PALM BEACH,<br>LYKES FINANCIAL CORP.<br>CHESTER H. FERGUSON,<br>JOHN F. RUDY, II<br>WYCKOFF MYERS<br>WILLIAM K. DE VEER<br><br>John R. Bush, Esquire<br>Macfarlane, Ferguson, Allison<br>  &amp; Kelly<br>P.O. Box 1531<br>Tampa, Florida 33601 | WILLIAM HERSEY HAMM, III<br><br>(No Appearance Received)<br><br>*No Counsel*<br>*has not served a copy* |
| MAXWELL W. WELLS, JR.<br>Jeffrey M. Smith, Esq.<br>Trotter, Bondurant, Griffin,<br>Miller &amp; Hishon<br>2200 First National Bank Tower<br>Atlanta, Georgia 30303 | M.M. OVERSTREET<br>JEANNETTE OVERSTREET<br>JENNINGS L. OVERSTREET<br>JO ANN OVERSTREET<br>R. Lee Bennett, Esquire<br>Peirsol, Boroughs, Grimm &amp;<br>  Bennett<br>Suite 520 Southeast Bank Bldg.<br>201 East Pine Street<br>P.O. Box 3309<br>Orlando, Florida 32802 |
| T. R. ANDERSON<br>ROBERT D. LACEY<br>Michael Prichard, Esquire<br>Dorsey, Windhorst, Hannaford,<br>  Whitney &amp; Halladey<br>2300 First National Bank Bldg.<br>Minneapolis, Minn. 55402 | GEORGE A. TERRY, SR.<br>MARY E. TERRY, JR.<br>NETSY B. TERRY<br>(No Appearance Received)<br>William B. Mesmer, Esquire<br>Baker &amp; Hostetler<br>Suite 850, CNA Tower<br>P.O.Box 112<br>Orlando, Florida 32802 |
| JOHN G. HEIMANN<br>JOHN G. HENSEL<br>H. GARY PANNELL<br>MONROE KIMBREL<br>HOBART E. EARLY<br>Robert J. Castellani<br>First Assistant United States Attorney<br>Suite 1800<br>Richard B. Russell Bldg.<br>75 Spring Street, S.W.<br>Atlanta, Georgia 30303 | SECURITIES AND EXCHANGE COMMISSION<br>JULE B. GREENE<br>JOSEPH L. GRANT<br>JOHN M. KELLY<br>Michael K. Wolensky, Esquire<br>Securities &amp; Exchange Commission<br>500 North Capitol St.<br>Washington, D. C. 20549 |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 427 -- IN RE EDWIN F. GORDON INVESTMENT LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| E. G. Green | A-1, A-2, A-3, A-4, A-5, A-8 |
| Heminway Corp | A-1, A-8 |
| George A. Terry, Sr. | A-1 |
| Mary E. Terry | A-1 |
| George A. Terry, Jr. | A-1 |
| Netsy B. Terry | A-1 |
| Robert C. Matthias | A-1 |
| M. M. Overstreet | A-2 |
| Jeannette Overstreet | A-2 |
| Jennings L. Overstreet | A-2 |
| Jo Ann Overstreet | A-2 |

Docket No. 427

p. 2

| | |
|---|---|
| First National Bank in Palm Beach | A-1, A-2, A-3, A-4, A-8 |
| Gustave T. Broberg, Jr. | A-2, A-3, A-4, A-8 |
| William Hersey Hamm, III | A-3 |
| Edward Hersey Hamm | A-3 |
| Pierre V. Heftler | A-5, A-8 |
| John Heimann | A-6 |
| John G. Hensel | A-6 |
| H. Gary Pannell | A-6, A-8 |
| Board of Govenors of the Federal Reserve System | A-7 |
| Federal Reserve Bank of Atlanta | A-7 |
| Monroe Kimbrel | A-7 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 427 -- IN RE EDWIN F. GORDON INVESTMENT LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Hobart F. Farly | A-7, A-8 |
| T. R. Anderson | A-8 |
| Robert D. Lacey | A-8 |
| William Rudkin | A-8 |
| Hobe Properties, Inc. | A-4 |
| George M. Barley, Jr. | A-8 |
| Maxwell W. Wells, Jr. | A-8 |
| First National Bank & Trust Co. of Riviera Beach | A-8 |
| Lykes Financial Corp. | A-8 |
| First Bancshares of Florida | A-8 |
| Chester H. Ferguson | A-8 |

DOCKET NO. 427

| Name | |
|---|---|
| William K. de Veer | A-8 |
| Wyckoff Myers | A-8 |
| John F. Ruby, II | A-8 |
| Vincent Burkhardt | A-8 |
| A. E. Osborne, III | A-8 |
| Herbert P. Benn | A-8 |
| Securities & Exchange Commission | A-9 |
| Jule B. Greene | A-9 |
| Joseph L. Grant | A-9 |
| John M. Kelly | A-9 |
|  |  |

p. 4