JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAY -7 1980

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 427

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE EDWIN F. GORDON INVESTMENT LITIGATION

ORDER DENYING TRANSFER

This matter is before the Panel pursuant to a motion under 28 U.S.C. §1407 by the plaintiff in the nine constituent actions listed on the attached Schedule A for transfer of the Florida actions to the Northern District of Georgia for coordinated or consolidated pretrial proceedings with the actions pending there. On the basis of the papers submitted and the hearing held, the Panel finds that movant has failed to demonstrate that centralization of the Florida actions and the Georgia actions in a single district under Section 1407 would serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation.

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

DOCKET NO. 427 -- IN RE EDWIN F. GORDON INVESTMENT LITIGATION

### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Edwin F. Gordon v. George A. Terry, Sr., et al. | Civil Action No. 76-8151-Civ-CA |
| Edwin F. Gordon v. The Estate of M.M. Overstreet, et al. | Civil Action No. 76-8152-Civ-CA |
| Edwin F. Gordon v. William Hersey Hamm, III, et al. | Civil Action No. 76-8153-Civ-CA |
| Edwin F. Gordon v. Hobe Properties, Inc., et al. | Civil Action No. 76-8154-Civ-CA |
| Edwin F. Gordon v. E.G. Green, et al. | Civil Action No. 76-8155-Civ-CA |

### NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Edwin F. Gordon v. John G. Heimann, etc., et al. | Civil Action No. C79-2051A |
| Edwin F. Gordon v. Board of Governors of the Federal Reserve System, et al. | Civil Action No. C79-2052A |
| Edwin F. Gordon v. H. Gary Pannell, et al. | Civil Action No. C79-2375A |
| Edwin F. Gordon v. Securities & Exchange Commission, et al. | Civil Action No. C80-383A |